UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-01365 SPG (ADS)                         Date:  May 1, 2026

Title:  *Saajan Dhiman v. David Marin, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE RESPONSE TO PETITION**

Petitioner Saajan Dhiman filed a Petition for Writ of Habeas Corpus (the "Petition"). (Dkt. No. 1.) The Court issued an Order Requiring Response to Petition. (Dkt. No. 16.) The Court ordered the parties to comply with the briefing schedule set by General Order 26-05. (Id.) As of the date of this Order, Respondents have not filed a response to the Petition.

Respondents are **ORDERED TO SHOW CAUSE** why they have failed to file a response to the Petition **by no later than May 8, 2026**.

**IT IS SO ORDERED.**

Initials of Clerk kh

---