# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SAAJAN DHIMAN,

Petitioner,

v.

DAVID MARIN, Warden, Adelanto ICE Processing Center; THOMAS GILES, Director of the Los Angeles ICE Field Office; TODD LYONS, Acting Director of ICE; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States,

Respondents.

Case No. 5:26-cv-01365 SPG (ADS)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). Neither party has filed objections to the Report. Based on its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Judgment shall be entered granting the Petition; and (2) Respondents must immediately release Petitioner Saajan Dhiman (A# 216-264-855) from custody.

**IT IS SO ORDERED.**

DATED: August 7, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE