**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAAJAN DHIMAN,<br>Petitioner,<br>v.<br>DAVID MARIN, Warden, Adelanto ICE Processing Center; THOMAS GILES, Director of the Los Angeles ICE Field Office; TODD LYONS, Acting Director of ICE; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States,<br>Respondents. | Case No. 5:26-cv-01365 SPG (ADS)<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for a Writ of Habeas Corpus, filed at ECF No. 1, is GRANTED and Respondents are ORDERED to immediately release Petitioner Saajan Dhiman (A# 216-264-855) from custody.

**IT IS SO ORDERED.**

DATED: August 7, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE